IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


WILLIE BERNARD COLLINS,          :
                                 :
     Petitioner,                 :
                                 :
vs.                              :          CIVIL ACTION 15-0647-WS-M
                                 :
CYNTHIA STEWART,                 :
                                 :
     Respondent.                 :


ORDER

After due and proper consideration of the issues raised,
and a *de novo* determination of those portions of the
Recommendation to which objection is made, the Recommendation of
the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is
adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DENIED** and this
action **DISMISSED**.


DONE this 1st day of September, 2016.




                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE