IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE BERNARD COLLINS,                :
                                       :
    Petitioner,                        :
                                       :
vs.                                    :    CIVIL ACTION 15-0647-WS-M
                                       :
CYNTHIA STEWART,                       :
                                       :
    Respondent.                        :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Cynthia Stewart and against Petitioner Willie Bernard Collins on all claims.

DONE this 1st day of September, 2016.

                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE